IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FLAVIANO C. BUSMEON, | ) CIVIL NO. 05-00714 ACK-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| vs. | ) CASE |
| | ) |
| F/V HAWAII POWER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

FINDINGS AND RECOMMENDATION TO DISMISS CASE

A status conference regarding dismissal was set for September 14, 2006, at 9:00 a.m. Plaintiff Flaviano C. Busmeon's ("Plaintiff") counsel, Guillermo Canlas, failed to appear at the status conference and failed to file the Dismissal. Consequently, the Court ordered that Plaintiff's counsel appear before this Court on September 28, 2006 at 9:00 a.m. to show cause, if any there be, why sanctions should not be imposed for failure to serve the Complaint and failure to file the Dismissal. The Court warned Plaintiff that

pursuant to Local Rule 11.1, failure of counsel or of a party to comply with the Local Rules is grounds for the imposition of sanctions and that sanctions may be imposed by the court sua sponte and may include a fine, dismissal, or other appropriate action.

On September 28, 2006, Plaintiff's counsel, Guillermo Canlas failed to appear at the hearing to show cause why this case should not be dismissed. Accordingly, the Court FINDS and RECOMMENDS that this case be dismissed.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, October 2, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge